UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN NAJERA, individually and on behalf of others similarly situated,

           Plaintiff,

-against-

A.M. CONSTRUCTION AND REPAIR, INC. (D/B/A A.M. CONSTRUCTION AND REPAIR, INC.), ROCIO CEPEDA, and AIMEE MORALES,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/5/2021
```

21 Civ. 5104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The deadline to submit a joint letter and proposed case management plan is ADJOURNED to **November 1, 2021**, to allow mediation to proceed.

    SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                          ANALISA TORRES
                                       United States District Judge