UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adrian Najera, individually and on behalf of others similarly situated,

                               Plaintiff,

-against-

A.M. Construction and Repair, Inc. et al.,

                              Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  01/18/2022

1:21-cv-05104 (AT) (SDA)

ORDER SCHEDULING TELEPHONIC
SETTLEMENT CONFERENCE

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart Aaron on Thursday, February 17, 2022, at 1:00 p.m. The settlement shall proceed by telephone. The Court will provide dial-in information to the parties by email before the conference. The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at https://nysd.uscourts.gov/hon-stewart-d-aaron, except that the deadline for the parties to exchange a demand and offer shall be Wednesday, February 9, 2022, and the deadline for the parties to email to the Court (at Aaron_NYSDChambers@nysd.uscourts.gov) their ex parte settlement submissions shall be Thursday, February 10, 2022, at 5:00 p.m.

SO ORDERED.

Dated:     New York, New York
              January 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge