```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Adrian Najera, individually and on behalf of others similarly situated,

                     Plaintiff,

-against-

A.M. Construction and Repair, Inc. et al.,

                     Defendants.

1:21-cv-05104 (AT) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      In accordance with the Court's Order dated January 18, 2022 (ECF No. 26), the parties were required to comply with my Settlement Conference Procedures, which included sending to chambers certain *ex parte* pre-settlement conference submissions no later than 7 days before the settlement conference. Defendants have failed to comply with this requirement. Failure to send Defendants' *ex parte* pre-settlement conference submissions to chambers by Tuesday, February 15, 2022, may result in the Court imposing sanctions against Defendants.

SO ORDERED.

Dated:      New York, New York
             February 14, 2022

                                                    /s/ Stewart D. Aaron
                                                    STEWART D. AARON
                                                    United States Magistrate Judge