UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN NAJERA, individually and on behalf of others similarly situated,

          Plaintiff,

-against-

A.M. CONSTRUCTION AND REPAIR, INC. (D/B/A A.M. CONSTRUCTION AND REPAIR, INC.), ROCIO CEPEDA, and AIMEE MORALES,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/19/2022

21 Civ. 5104 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' joint letter at ECF No. 32. The case management conference schedule for April 21, 2022, is ADJOURNED *sine die*. Defendant Rocio Capeda is reminded that pre-motion letters for summary judgment are due within 14 days of the close of fact discovery, exceptions are made only with a showing of good cause. ECF No. 20 ¶ 8. By **June 13, 2022**, the parties shall file their pre-trial submissions.

    SO ORDERED.

Dated: April 19, 2022
       New York, New York

                                          ANALISA TORRES
                                      United States District Judge