UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ADRIAN NAJERA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  -v-<br><br>A.M. CONSTRUCTION AND REPAIR, INC., et al.<br><br>      Defendants. | 21-cv-05104 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

    On January 22, 2024, counsel informed the Court that the parties had reached a settlement in principle. See Dkt. No. 43. Accordingly, the parties are hereby ordered to submit the settlement documents for the Court's review by no later than Monday, February 5, 2024.

    SO ORDERED.

New York, NY
January 22, 2024

                                                 JED S. RAKOFF, U.S.D.J.