UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ADRIAN NAJERA, *individually and on behalf of others similarly situated,*

                *Plaintiff*,

   -against-

A.M. CONSTRUCTION AND REPAIR, INC. (D/B/A A.M. CONSTRUCTION AND REPAIR, INC.), ROCIO CEPEDA, and AIMEE MORALES,

                *Defendants.*

-----------------------------------------------------------------X

Docket No. **1:21-cv-05104**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On February 12, 2024 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, ADRIAN NAJERA, has judgment against A.M. CONSTRUCTION AND REPAIR, INC. (D/B/A A.M. CONSTRUCTION AND REPAIR, INC.), and AIMEE MORALES, jointly and severally, in the amount of Fifteen Thousand Dollars and Zero Cents ($15,000.00), which is inclusive of attorneys' fees and costs.

Dated: _____, 2024

                                              _____
                                              HON. JED S. RAKOFF
                                              UNITED STATES DISTRICT COURT JUDGE
                                              SOUTHERN DISTRICT OF NEW YORK